```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 35490
    REYNALDO NOCON RIVERA
    MARIA LUISA RIVERA                      CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER
            Debtor
   SSN XXX-XX-5959     SSN XXX-XX-4167

--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 09/24/2004 and was confirmed 12/15/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  86.49% from remaining funds.

     The case was paid in full 10/30/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID           PAID
--------------------------------------------------------------------------
ROUNDUP FUNDING LLC     UNSECURED OTH    8546.26          .00          7391.75
ECAST SETTLEMENT CORP   UNSECURED        8118.97          .00          7022.34
ECAST SETTLEMENT CORP   UNSECURED        7361.17          .00          6366.90
RESURGENT ACQUISITION LL UNSECURED      18065.75          .00         15625.61
RESURGENT ACQUISITION LL UNSECURED       1411.07          .00          1220.48
DISCOVER FINANCIAL SERVI UNSECURED        959.32          .00           829.74
ECAST SETTLEMENT CORP   UNSECURED         560.14          .00           484.48
ECAST SETTLEMENT CORP   UNSECURED       15474.03          .00         13383.95
ECAST SETTLEMENT CORP   UNSECURED        5330.40          .00          4610.42
ECAST SETTLEMENT CORP   UNSECURED         865.69          .00           748.76
PETER FRANCIS GERACI    DEBTOR ATTY     2,700.00                       2,700.00
TOM VAUGHN              TRUSTEE                                        3,515.57
DEBTOR REFUND           REFUND                                            49.08

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE              63,949.08

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                   57,684.43
ADMINISTRATIVE                               2,700.00
TRUSTEE COMPENSATION                         3,515.57
DEBTOR REFUND                                   49.08
                    ---------------      ---------------
TOTALS               63,949.08               63,949.08
```

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 35490 REYNALDO NOCON RIVERA & MARIA LUISA RIVERA

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 01/28/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE